869 A.2d 877

IN THE MATTER OF DAVID T. STOLLER, AN ATTORNEY
AT LAW (ATTORNEY NO. 009921975).

March 24, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–318, concluding that **DAVID T. STOLLER** of

MATAWAN, who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), and *RPC* 1.15(a)(failure to safeguard client's property and failure to retain records for seven years), and good cause appearing;

It is ORDERED that **DAVID T. STOLLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.